# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JACQUELIN CORNEJO,**

    **Plaintiff,**

**v.**                                                                                                  Case No:  6:20-cv-257-Orl-31LRH

**BANK OF AMERICA, N.A. and FAY SERVICING, LLC,**

    **Defendants.**

## ORDER

This cause comes before the Court on the Complaint (Doc. 1-1) filed originally in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida. The case was removed to this court February 14, 2020 (Doc. 1).

On March 5, 2020, the United States Magistrate Judge issued a report (Doc. 10) recommending that this case be remanded to state court. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. This case is **REMANDED** to the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, for lack of subject matter jurisdiction.

3. The Clerk is directed to terminate all pending motions and close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 20, 2020.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party